## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| LE-LD | 9260877 | JACOBS, S. | 2580 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 12/09/19 0910
Offense Charged: ☒ CFR ☐ USC ☐ State Code
Title 36 Sec. 327.7A

Place of Offense: Bonnet Carre' Spillway

Offense Description: Factual Basis for Charge — HAZMAT ☐
Camping is permitted only at sites and/or designated by District Commander (No camping area)

**DEFENDANT INFORMATION**

Last Name: SPRINGER
First Name: JAMES

Tag No: HHF 1205  State: LA  Year: —  Make/Model: Chevy Tahoe  PASS ☐  Color: White

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee
$ 80.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: To be Announced
Time: _____

X Defendant Signature: [signature]

Original - CVB Copy

*9260877*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Dec. 09, 2019 while exercising my duties as a law enforcement officer in the Eastern District of Louisiana

While patroling in Rec. Area I noticed a large camping trailer parked and set-up in day use area. I tapped horn and ask for camper to come see me. One minute went by, so I knocked on door. The door opened and guy was visibly going. I ask if he was trapping and he said, yes. I didn't appreciate that, I said to him he was camping in no camping area. He started to defend his position, I ask for ID and he didn't comply. So, I felt threaten and called Police. The Deputy R. Swanie, ex arrival told him the guy wouldn't cooperate and see if you can get his info. He started to try to draw the Deputy into confrontation. He handcuffed him + placed in unit. I showed officer the Corps Rules they, and the Parish Ordinance. A Sgt Wilken, Lt and Captain came out. They ask if I would write FVN 9260877. They undetained him He signed ticket/VFN and They the Sheriff officer told him he had to leave. I called Supervisor and told him what was going on.

Mr Springer called me so many bad + insulting names.

The foregoing statement is based upon:

X my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/09/2019  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident